UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **WAYNE DAVIS ON BEHALF OF JA'COLBY DAVIS** | **CIVIL ACTION** |
| **VS.** | |
| **CITY OF BATON ROUGE, CARL DABADIE, JR., TODD BOURGOYNE, BLANE SALAMONI, KIP HOLDEN, UNKNOWN OFFICER 1, UNKNOWN OFFICER 2, UNKNOWN OFFICER 3 AND XYZ INSURANCE COMPANY** | **NO.: 3:16-cv-00834-BAJ-RLB** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS

On motion of plaintiff, Ja'Colby Davis and defendants Officer Todd Bourgoyne, Officer Blane Salamoni and the City of Baton Rouge/Parish of East Baton Rouge, in the above entitled and numbered cause, through undersigned counsel, and on suggesting to the Court that all claims have been compromised and settled with Officer Todd Bourgoyne, Officer Blane Salamoni and the City of Baton Rouge/Parish of East Baton Rouge, with respect, move that this suit against Officer Todd Bourgoyne, Officer Blane Salamoni and the City of Baton Rouge/Parish of East Baton Rouge, be dismissed, with prejudice, with each party to bear their own costs.

**Respectfully Submitted:**

| | |
|---|---|
| /s/ Managan L. Johnson | /s/ Shannon L. Battiste |
| Managan L. Johnson (#32200) | Shannon L. Battiste (#30198) |
| Tedrick K. Knightshead (#28851) | Attorney at Law |
| First Assistant Parish Attorney | 9541 Brookline Ave., Ste. B |
| 222 St. Louis Street, 9th Floor | Baton Rouge, LA 70809 |
| Baton Rouge, LA 70802 | Telephone: 225-726-5070 |
| Telephone: (225) 389-3114 | Facsimile: 225-436-8761 |
| Facsimile: (225) 389-8736 | Email: attorneybattiste@yahoo.com |
| Email: mljohnson@brla.gov | *Counsel for Ja'Colby Davis* |
| *Counsel for Todd Bourgoyne, Blane Salamoni City of Baton Rouge/Parish of East Baton Rouge* | |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WAYNE DAVIS ON BEHALF OF**<br>**JA'COLBY DAVIS** | **CIVIL ACTION** |
| **VS.** | |
| **CITY OF BATON ROUGE, CARL**<br>**DABADIE, JR., TODD BOURGOYNE,**<br>**BLANE SALAMONI, KIP HOLDEN,**<br>**UNKNOWN OFFICER 1, UNKNOWN**<br>**OFFICER 2, UNKNOWN OFFICER 3 AND**<br>**XYZ INSURANCE COMPANY** | **NO.: 3:16-cv-00834-BAJ-RLB** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Joint Motion to Dismiss was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, first class postage prepaid, and properly addressed.

Baton Rouge, Louisiana this __19__ day of October, 2018.

                                    **/s/ Shannon L. Battiste**
                                      **Shannon L. Battiste**